## MOSELEY *vs.* EVANS *et al.*

1. The verdict is clear, precise and definite as to the only issue that was or could be presented under the pleadings.
2. Where the only issue was, whether a paper offered was a copy of an alleged lost will, a finding that there was not sufficient evidence to establish the copy was necessarily a finding that the paper

propounded was not, in substance, the last will and testament of the party.

⟨*a.*⟩ A verdict is to receive a reasonable construction and a like intendment, and will not be avoided, unless from necessity.   Code, §3561.

Judgment affirmed.

March 11, 1884.

HALL, Justice.

[This case was before the Supreme Court before, and is reported in 70 *Ga.*, 333.  The jury, on the present trial, found the following verdict:

"We, the jury, find for the caveators, and that sufficient has not been submitted to us to authorize the establishing of the alleged copy as the will of W. A. Evans."]